# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No: 6:11-cr-154-Orl-22KRS

**MARCOS NOEL NEGRON-TORRES,**

    **Defendant.**

## ORDER

This cause is before the Court on the United States' Motion to Strike and/or Dismiss Third Party Petitioner's Claim (Doc. No. 81) filed on November 28, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 26, 2012 (Doc. No. 111), is ADOPTED and CONFIRMED and made a part of this Order.

2. The United States' Motion to Strike and/or Dismiss Third Party Petitioner's Claim is hereby GRANTED. Karla M. Rodriguez-Colon's Forfeiture Claim (Doc. No. 80) is hereby DISMISSED.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Karla M. Rodriguez-Colon